UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY BAADHIO, | |
| Plaintiff, | Civil Action No. 15-8809 (MAS) (LHG) |
| v. | **MEMORANDUM ORDER** |
| CHARLES GETER, Chairman, Mercer County Board of Social Services, et al., | |
| Defendants. | |

This matter comes before the Court on the application of Plaintiff Randy Baadhio ("Plaintiff") to proceed without prepayment of fees under 28 U.S.C. § 1915. (ECF No. 1-3.) Because Plaintiff provided only a partially completed application form, the Court is unable to determine whether Plaintiff is economically eligible to proceed *in forma pauperis*. Accordingly,

IT IS on this 14th day of January 2016, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1-3) is DENIED.

2. The Clerk of the Court is ordered to close this case.

3. Plaintiff may reopen this case within 14 days from the date of this order by either filing a completed application to proceed *in forma pauperis* that complies with the instructions provided on the form or by submitting payment in the amount of $400 within 14 days.

4. The Exhibit to Plaintiff's Motion for Removal from Residence and for Injunctive Relief (ECF No. 2-1), which contains information the disclosure of which would violate privacy interests, shall remain under permanent seal.

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**